FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 MAR -1  A 3:49

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### BILL OF INFORMATION FOR CONCEALING, HARBORING, AND SHIELDING ILLEGAL ALIENS AND FILING A FALSE TAX RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-36 |
| v. | * | SECTION: SECT. A MAG. 2 |
| BROTHERS BEHRMAN HIGHWAY, INC. | * | VIOLATIONS: 8 U.S.C. § 1324 |
| | | 26 U.S.C. § 7206(1) |

*   *   *

The United States Attorney charges that:

## INTRODUCTION

1. Defendant **BROTHERS BEHRMAN HIGHWAY, INC.** was a convenience store and gas station that operated at 801 Behrman Highway, Gretna, Jefferson Parish, Louisiana, within the Eastern District of Louisiana.

2. United States Citizenship and Immigration Services (USCIS) was a United States governmental agency whose primary responsibility was to enforce the nation's immigration laws.

3. The USCIS Form I-9 ("Employment Eligibility Verification") required that an employee attest to their eligibility to work in the United States. The employee was required to present to the employer acceptable documents evidencing their identity and employment authorization. The employer was required to examine the employment eligibility and identity



___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

documents to determine whether those documents reasonably appeared to be genuine and related to the employee who provided them. The employer was also required to record employee identity information on the USCIS Form I-9 and maintain those records.

4. E-Verify was a web-based system that allowed enrolled employers to confirm online the eligibility of their employees to work in the United States. Notwithstanding an employer's enrollment in the E-Verify system, the employer was also required to maintain paper records of USCIS Forms I-9 and employee identity information for each employee.

5. The Internal Revenue Service (IRS) was a United States governmental agency responsible for administering the tax laws of the United States and collecting taxes owed to the Department of Treasury.

6. The Social Security Administration (SSA) was a United States governmental agency responsible for providing Social Security Numbers; administering retirement, disability, survivor, and family benefits; and enrolling people in Medicare.

7. The Internal Revenue Code and associated statutes and regulations required employers to withhold from employees' gross pay federal income taxes and Federal Insurance Contribution Act taxes, which represent Social Security and Medicare taxes, and to account for and pay the withheld taxes to the IRS on a quarterly basis, but no later than the last day of the month following the end of the quarter.

8. Employers were also required to file with the IRS, one month after the conclusion of the calendar quarter, a Form 941 ("Employer's Quarterly Federal Tax Return") setting forth the total amount of wages paid to employees in that quarter, income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits paid to the IRS.

## COUNT ONE

9. The allegations in paragraphs 1 through 6 are realleged and incorporated by reference as though fully set forth herein.

10. On December 6, 2011, the defendant executed a Memorandum of Understanding for Employers with the U.S. Department of Homeland Security, enrolling **BROTHERS BEHRMAN HIGHWAY, INC.** in E-Verify and requiring its use to confirm that each of the company's new employees were authorized to work in the United States.

11. Beginning no later than 2008 and continuing through at least September 28, 2014, **BROTHERS BEHRMAN HIGHWAY, INC.** failed to verify employment eligibility for every person the company employed. During this period, the defendant failed to complete and maintain USCIS Forms I-9 for aliens who did not have work authorization.

12. Beginning no later than 2008 and continuing through at least September 28, 2014, **BROTHERS BEHRMAN HIGHWAY, INC.** employed more than one dozen aliens who were not authorized to work in the United States, including D.G.C.M., M.E.B.M., O.J.B., M.S.G.S., M.E.R.R., A.M.Z.C., N.H.A., F.I.F.C., V.M.P., Y.Y.C.M., E.A.J.G., T.E.P.J., M.A.J.N., M.L.J.M., and L.F.P.J.

13. Beginning no later than 2008 and continuing through at least September 28, 2014, **BROTHERS BEHRMAN HIGHWAY, INC.** paid alien workers outside its primary payroll system, which the company used for employees who had work authorization. During this period, the defendant paid alien employees who were not eligible to work in the United States either in cash or with non-payroll checks.

14. Beginning no later than 2008 and continuing through at least September 28, 2014, **BROTHERS BEHRMAN HIGHWAY, INC.** failed to report alien workers' wages to the IRS

on Forms W-2 ("Wage and Tax Statement"), and the defendant failed to include wages paid to alien workers in its total payroll reported to the IRS on Forms 941 and to the SSA on Forms W-3 ("Transmittal of Wage and Tax Statements").

15. On August 28, 2014, Special Agents from the U.S. Department of Homeland Security served **BROTHERS BEHRMAN HIGHWAY, INC.** with a Notice of Inspection, requiring the company to produce documentation of the defendant's compliance with USCIS Form I-9 requirements.

16. On September 8, 2014, **BROTHERS BEHRMAN HIGHWAY, INC.** produced to the U.S. Department of Homeland Security a list of employees and USCIS Form I-9 verification paperwork for current employees who had work authorization. However, the defendant failed to identify or produce any USCIS Form I-9 verification paperwork for at least four aliens who were employed by **BROTHERS BEHRMAN HIGHWAY, INC.** at that time and who were not authorized to work in the United States, including L.F.P.J., T.E.P.J., M.A.J.N., and M.S.G.S.

17. Beginning at a time unknown to the United States, but no later than 2008 and continuing through at least September 28, 2014, within the Eastern District of Louisiana and elsewhere, the defendant, **BROTHERS BEHRMAN HIGHWAY, INC.**, concealed, harbored, and shielded from detection aliens knowing or in reckless disregard of the fact that such aliens had come to, entered, or remained in the United States in violation of law. The defendant concealed, harbored, and shielded aliens from detection by (i) providing said aliens with a means of financial support through employment at **BROTHERS BEHRMAN HIGHWAY, INC.**, (ii) paying said aliens outside the company's primary payroll system, (iii) failing to report the aliens' wages to the IRS and the SSA, (iv) failing to maintain USCIS Form I-9 information regarding the aliens it

employed, and (v) failing to identify the aliens it employed in response to a U.S. Department of Homeland Security Notice of Inspection.

All in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

## COUNT TWO

18. The allegations in paragraphs 1, 5, and 7 through 8 are realleged and incorporated by reference as though fully set forth herein.

19. On or about July 7, 2014, within the Eastern District of Louisiana, the defendant, **BROTHERS BEHRMAN HIGHWAY, INC.**, did willfully make, subscribe, and file with the IRS a false Form 941 for the Second Quarter of 2014, which was verified by a written declaration that it was made under penalty of perjury, and which was not true and correct as to every material matter. That tax return falsely underreported on Line 3 total "Wages, tips, and other compensation" of $56,273.80, whereas **BROTHERS BEHRMAN HIGHWAY, INC.** knew that amount did not include wages paid to alien workers who were not authorized to work in the United States.

All in violation of Title 26, United States Code, Section 7206(1).

DUANE A. EVANS
UNITED STATES ATTORNEY

Sean Beaty, Senior Litigation Counsel
Matthew C. Hicks, Trial Attorney
U.S. Department of Justice, Tax Division

Gregory M. Kennedy
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
March 1, 2023

No. _____

# United States District Court

FOR THE

EASTERN ____ DISTRICT OF ____ LOUISIANA

UNITED STATES OF AMERICA

vs.

BROTHERS BEHRMAN HIGHWAY, INC.,

BILL OF INFORMATION FOR CONCEALING, HARBORING, AND SHIELDING ILLEGAL ALIENS AND FILING A FALSE TAX RETURN

Violation(s):   8 U.S.C. § 1324
               26 U.S.C. § 7206(1)

Filed _____, 20 23 ___

_____, Clerk.

By _____, Deputy

Sean Beaty, Senior Litigation Counsel, DOJ/Tax Division